# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 2:12-md-02311 Honorable Sean F. Cox |
| In Re: Wire Harness | : | 2:12-cv-00103 |
| In Re: Instrument Panel Clusters | : | 2:12-cv-00203 |
| In Re: Fuel Senders | : | 2:12-cv-00303 |
| In Re: Heater Control Panels | : | 2:12-cv-00403 |
| In Re: Bearings | : | 2:12-cv-00503 |
| In Re: Occupant Safety Systems | : | 2:12-cv-00603 |
| In Re: Anti-Vibrational Rubber Parts | : | 2:13-cv-00803 |
| In Re: Windshield Wiper Systems | : | 2:13-cv-00903 |
| In Re: Radiators | : | 2:13-cv-01003 |
| In Re: Starters | : | 2:13-cv-01103 |
| In Re: Automotive Lamps | : | 2:13-cv-01203 |
| In Re: Switches | : | 2:13-cv-01303 |
| In Re: Ignition Coils | : | 2:13-cv-01403 |
| In Re: Steering Angle Sensors | : | 2:13-cv-01603 |
| In Re: HID Ballasts | : | 2:13-cv-01703 |
| In Re: Inverters | : | 2:13-cv-01803 |
| In Re: Electronic Powered Steering Assemblies | : | 2:13-cv-01903 |
| In Re: Air Flow Meters | : | 2:13-cv-02003 |
| In Re: Fan Motors | : | 2:13-cv-02103 |
| In Re: Fuel Injection Systems | : | 2:13-cv-02203 |
| In Re: Power Window Motors | : | 2:13-cv-02303 |
| In Re: Automatic Transmission Fluid Warmers | : | 2:13-cv-02403 |
| In Re: Valve Timing Control Devices | : | 2:13-cv-02503 |
| In Re: Electronic Throttle Bodies | : | 2:13-cv-02603 |
| In Re: Air Conditioning Systems | : | 2:13-cv-02703 |
| In Re: Windshield Washer Systems | : | 2:13-cv-02803 |
| In Re: Constant Velocity Joint Boot Products | : | 2:14-cv-02903 |
| In Re: Spark Plugs | : | 2:15-cv-03003 |
| In Re: Oxygen Sensors | : | 2:15-cv-03103 |
| In Re: Automotive Hoses | : | 2:15-cv-03203 |
| In Re: Shock Absorbers | : | 2:15-cv-03303 |

| | | |
|---|---|---|
| In Re: Body Sealing Products | : | 2:16-cv-03403 |
| In Re: Interior Trim Products | : | 2:16-cv-03503 |
| In Re: Automotive Break Hoses | : | 2:16-cv-03603 |
| In Re: Exhaust Systems | : | 2:16-cv-03703 |
| In Re: Ceramic Substrates | : | 2:16-cv-03803 |
| In Re: Power Window Switches | : | 2:16-cv-03903 |
| In Re: Automotive Steel Tubes | : | 2:16-cv-04003 |
| In Re: Access Mechanisms | : | 2:16-cv-04103 |
| In Re: Side Door Latches | : | 2:17-cv-04303 |

THIS DOCUMENT RELATES TO:

END-PAYOR ACTIONS

**ORDER**

Based on the foregoing stipulation between the parties, it is hereby ORDERED, ADJUDGED and DECREED as follows:

The dismissal of Plaintiff Rita Cornish's claims in the above-captioned actions against all Defendants without prejudice and without costs to any party.

Dated: January 15, 2021

s/Sean F. Cox
Sean F. Cox
U. S. District Judge